# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: § <br> § <br> CHERYL ANN BURNS § <br> § <br> Debtor § | Case No. 18-15237 |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DOUGLAS N. GOULD, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 39,740.66 <br> *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,825.52 | Claims Discharged <br> Without Payment: 34,926.95 |
| Total Expenses of Administration: 666.51 | |

3) Total gross receipts of $ 2,492.03  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,492.03  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 666.51 | 666.51 | 666.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 36,752.47 | 36,752.47 | 1,825.52 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 37,418.98 | $ 37,418.98 | $ 2,492.03 |

4) This case was originally filed under chapter 7 on 12/20/2018. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2020　　　　　　By:/s/DOUGLAS N. GOULD, TRUSTEE
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2018 tax refunds | 1124-000 | 2,492.03 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,492.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOUGLAS N. GOULD | 2100-000 | NA | 623.01 | 623.01 | 623.01 |
| DOUGLAS N. GOULD | 2200-000 | NA | 43.50 | 43.50 | 43.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 666.51 | $ 666.51 | $ 666.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 1,090.18 | 1,090.18 | 54.15 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 118.93 | 118.93 | 5.91 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,361.67 | 2,361.67 | 117.31 |
| 10 | CAPITAL ONE, N.A. | 7100-000 | NA | 380.84 | 380.84 | 18.92 |
| 23 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 2,120.03 | 2,120.03 | 105.31 |
| 2 | Discover Bank | 7100-000 | NA | 3,401.05 | 3,401.05 | 168.93 |
| 5 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 1,046.82 | 1,046.82 | 52.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 536.47 | 536.47 | 26.65 |
| 9 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 514.41 | 514.41 | 25.55 |
| 1 | MERRICK BANK | 7100-000 | NA | 3,873.80 | 3,873.80 | 192.41 |
| 15 | PYOD, LLC | 7100-000 | NA | 2,754.23 | 2,754.23 | 136.80 |
| 16 | PYOD, LLC | 7100-000 | NA | 1,399.02 | 1,399.02 | 69.49 |
| 17 | PYOD, LLC | 7100-000 | NA | 959.83 | 959.83 | 47.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | PYOD, LLC | 7100-000 | NA | 1,195.79 | 1,195.79 | 59.40 |
| 19 | PYOD, LLC | 7100-000 | NA | 4,315.47 | 4,315.47 | 214.35 |
| 20 | PYOD, LLC | 7100-000 | NA | 1,402.61 | 1,402.61 | 69.67 |
| 21 | PYOD, LLC | 7100-000 | NA | 1,793.91 | 1,793.91 | 89.10 |
| 22 | PYOD, LLC | 7100-000 | NA | 1,154.08 | 1,154.08 | 57.32 |
| 3 | PYOD, LLC | 7100-000 | NA | 2,232.78 | 2,232.78 | 110.90 |
| 4 | PYOD, LLC | 7100-000 | NA | 1,160.02 | 1,160.02 | 57.62 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 592.94 | 592.94 | 29.45 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 2,287.36 | 2,287.36 | 113.61 |
| 14 | DIRECTV, LLC | 7100-001 | NA | 60.23 | 60.23 | 2.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 36,752.47 | $ 36,752.47 | $ 1,825.52 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Exhibit 8

| Case No: | 18-15237 | SAH | Judge: | Sarah A. Hall | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CHERYL ANN BURNS | | | | Date Filed (f) or Converted (c): | 12/20/2018 (f) |
| | | | | | 341(a) Meeting Date: | 01/16/2019 |
| For Period Ending: | 01/08/2020 | | | | Claims Bar Date: | 08/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2018 Honda CRV | 32,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 5. Baretta | 200.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wedding ring | 250.00 | 0.00 | | 0.00 | FA |
| 8. Adopted shelter dog | 0.00 | 0.00 | | 0.00 | FA |
| 9. CPAP, crutches | 100.00 | 0.00 | | 0.00 | FA |
| 10. Bank of America checking account | 656.30 | 0.00 | | 0.00 | FA |
| 11. BancFirst checking account | 24.34 | 0.00 | | 0.00 | FA |
| 12. Bank of America savings account | 41.40 | 0.00 | | 0.00 | FA |
| 13. Etrade  Scheduled value -17.65 | 0.00 | 0.00 | | 0.00 | FA |
| 14. 401k TIAA | 668.62 | 0.00 | | 0.00 | FA |
| 15. OG&E deposit | 25.00 | 0.00 | | 0.00 | FA |
| 16. ONG deposit | 125.00 | 0.00 | | 0.00 | FA |
| 17. Gary Owens rental deposit | 1,000.00 | 0.00 | | 0.00 | FA |
| 18. City of Oklahoma City deposit | 50.00 | 0.00 | | 0.00 | FA |
| 19. State Farm - Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 20. State Farm - Renters Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2018 tax refunds (u) | Unknown | 2,492.03 | | 2,492.03 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,740.66 | $2,492.03 | $2,492.03 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 8, 2020 Prepare TDR.
November 8, 2019 Cut checks.
October 15, 2019 UST filed TFR. File NFR and FA
October 9, 2019 Submit TFR to UST.
September 3, 2019 Prepare TFR.
August 16, 2019 Trustee reviewing claims.
June 10, 2019 Received funds.
May 13, 2019 Received tax returns. $2,550.30 owed to estate. emailed debtor. Withdraw NDR.


Initial Projected Date of Final Report (TFR): 12/20/2020     Current Projected Date of Final Report (TFR): 12/20/2020

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-15237 | | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
| Case Name: | CHERYL ANN BURNS | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX1011 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8742 | | Blanket Bond (per case limit): | $7,904,000.00 |
| For Period Ending: | 01/08/2020 | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/19 | 21 | Cheryl Burns | 2018 Income Tax Refunds | 1124-000 | $2,492.03 | | $2,492.03 |
| 11/08/19 | 2001 | DOUGLAS N. GOULD<br>5500 N. Western Ave., Ste. 150<br>Oklahoma City, OK 73118 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $623.01 | $1,869.02 |
| 11/08/19 | 2002 | DOUGLAS N. GOULD<br>5500 N. Western Ave., Ste. 150<br>Oklahoma City, OK 73118 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $43.50 | $1,825.52 |
| 11/08/19 | 2003 | MERRICK BANK<br>MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Final distribution to claim 1 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $192.41 | $1,633.11 |
| 11/08/19 | 2004 | Discover Bank<br>DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 2 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $168.93 | $1,464.18 |
| 11/08/19 | 2005 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 3 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $110.90 | $1,353.28 |
| 11/08/19 | 2006 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 4 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $57.62 | $1,295.66 |
| 11/08/19 | 2007 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET, STOP CODE 3105<br>OMAHA, NE 68197 | Final distribution to claim 5 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $52.00 | $1,243.66 |
| 11/08/19 | 2008 | CAPITAL ONE BANK (USA), N.A.<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 6 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $5.91 | $1,237.75 |

Page Subtotals: $2,492.03   $1,254.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-15237 | Trustee Name: DOUGLAS N. GOULD, TRUSTEE | |
| Case Name: CHERYL ANN BURNS | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX1011 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8742 | Blanket Bond (per case limit): $7,904,000.00 | |
| For Period Ending: 01/08/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/19 | 2009 | CAPITAL ONE BANK (USA), N.A.<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 7 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $117.31 | $1,120.44 |
| 11/08/19 | 2010 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | Final distribution to claim 8 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $26.65 | $1,093.79 |
| 11/08/19 | 2011 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | Final distribution to claim 9 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $25.55 | $1,068.24 |
| 11/08/19 | 2012 | CAPITAL ONE, N.A.<br>CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 10 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $18.92 | $1,049.32 |
| 11/08/19 | 2013 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 11 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $54.15 | $995.17 |
| 11/08/19 | 2014 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 12 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $29.45 | $965.72 |
| 11/08/19 | 2015 | QUANTUM3 GROUP LLC AS AGENT FOR<br>QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 13 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $113.61 | $852.11 |
| 11/08/19 | 2016 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.99 | $849.12 |

Page Subtotals:   $0.00   $388.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-15237 | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|
| Case Name: | CHERYL ANN BURNS | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1011 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8742 | Blanket Bond (per case limit): | $7,904,000.00 |
| For Period Ending: | 01/08/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/19 | 2017 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 15 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $136.80 | $712.32 |
| 11/08/19 | 2018 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 16 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $69.49 | $642.83 |
| 11/08/19 | 2019 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 17 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $47.68 | $595.15 |
| 11/08/19 | 2020 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 18 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $59.40 | $535.75 |
| 11/08/19 | 2021 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 19 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $214.35 | $321.40 |
| 11/08/19 | 2022 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 20 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $69.67 | $251.73 |
| 11/08/19 | 2023 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 21 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $89.10 | $162.63 |
| 11/08/19 | 2024 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 22 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $57.32 | $105.31 |
| 11/08/19 | 2025 | DEPARTMENT STORES NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Final distribution to claim 23 creditor account # representing a payment of 4.97 % per court order. | 7100-000 | | $105.31 | $0.00 |

Page Subtotals: $0.00  $849.12

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $2,492.03 | $2,492.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,492.03 | $2,492.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,492.03 | $2,492.03 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1011 - Checking | $2,492.03 | $2,492.03 | $0.00 |
| | $2,492.03 | $2,492.03 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,492.03 |
| Total Gross Receipts: | $2,492.03 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*